IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MELQUIADES CUBA-SAUCE,

      Petitioner,

v.

                                  CIVIL ACTION
                                  NO. 26-3581

JAMAL L. JAMISON, et al.,

      Respondents.

**ORDER**

      **AND NOW**, this 26th day of June 2026, upon receipt of the Joint Status Report that the Petitioner was given a bond hearing (Doc. No. 6), it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.